IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TEVIN BREVARD,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　　　Civil Action No. **3:14CV540**

**SUPERINTENDENT SIMMON**, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on August 19, 2014, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address. By Memorandum Order entered March 24, 2015, the Court directed Plaintiff to file a particularized complaint within fourteen days of the date of entry thereof. On April 6, 2015, the United States Postal Service returned the March 24, 2015 Memorandum Order to the Court marked, "RETURN TO SENDER," "NOT DELIVERABLE AS ADDRESSED," and "UNABLE TO FORWARD." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 4/14/15
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge